IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| WILLIE EDWARD JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 5:09cv106 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM OPINION REGARDING VENUE

Petitioner Willie Edward Johnson, an inmate confined in the Bridgeport Correction Center, proceeding *pro se*, filed this petition for writ of habeas corpus.

### The Petition

Petitioner states he was convicted of aggravated sexual assault in the 26th District Court of Williamson County, Texas. In his current petition, he challenges a prison disciplinary conviction, a proceeding which was conducted at the Bridgeport Correction Center.

### Analysis

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated.

Petitioner's criminal conviction occurred in Williamson County. Pursuant to 28 U.S.C. § 124, Williamson County is in the Austin Division of the United States District Court for the Western District of Texas. Petitioner is currently located at the Bridgeport Correction Center, which is in Wise County, Texas. Pursuant to Section 124, Wise County is located in the Fort Worth

Division of the United States District Court for the Northern District of Texas.

As the above paragraph indicates, petitioner is not incarcerated in the Eastern District and his criminal conviction did not occur in the Eastern District. As a result, this court lacks jurisdiction over the petition.

As petitioner is complaining of a prison disciplinary conviction, the court is of the opinion that this petition should be transferred to the Northern District, where petitioner is incarcerated. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  30  day of        July       , 2009.

*/s/ Earl S. Hines*
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE